UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKLYNN C. CLARK,<br><br>                    Plaintiff,<br><br>        v.<br><br>WASHINGTON STATE DEPARTMENT OF HEALTH, ANGIE SCHULZ, SCOTT BRAMHALL, LORI TARGUS, TINA CRAWFORD, ERICA BROWN, KEVIN TAYLOR,<br><br>                    Defendants. | CASE NO. 2:23-cv-01558-RSL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

DATED this 13th day of October, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1