# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BROOKLYNN C. CLARK<br><br>                Plaintiff,<br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF HEALTH; ANGIE SCHULZ; SCOTT BRAMHALL; LORI TARGUS; TINA CRAWFORD; ERICA BROWN; AND KEVIN TAYLOR,<br><br>                Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:23-cv-01558-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the case be DISMISSED with prejudice.

    Dated May 21, 2025.

                                                  Ravi Subramanian
                                                 Clerk of Court

                                                 */s/Carrie Smith*
                                                 Deputy Clerk